IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20798
_____


4330 RICHMOND AVENUE INCORPORATED; ET AL,

                                        Plaintiffs

CAMPUS INVESTMENTS INCORPORATED

                                        Plaintiff - Appellant

                        versus

THE CITY OF HOUSTON; ET AL

                                        Defendants

THE CITY OF HOUSTON

                                        Defendant - Appellee


*************************************************************

INCREDIBLE VIDEO STORES INCORPORATED

                                        Plaintiff

CAMPUS INVESTMENTS INCORPORATED, Successor in interest to
Incredible Video Stores Incorporated

                                        Plaintiff - Appellant

                        versus

THE CITY OF HOUSTON; ET AL

                                        Defendants

THE CITY OF HOUSTON

                                        Defendant - Appellee


*************************************************************

N W ENTERPRISES INCORPORATED

                                        Plaintiff - Appellant

                        versus

THE CITY OF HOUSTON; ET AL

                                        Defendants

THE CITY OF HOUSTON

                                        Defendant - Appellee


_____

Appeal from the United States District Court
for the Southern District of Texas
(H-91-CV-665, H-91-CV-666, H-91-CV-667, H-91-CV-2253 &
H-91-CV-3297)
_____

December 7, 1998


Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

This appeal is controlled by <u>SDJ, Inc. v. City of Houston</u>, 837 F.2d 1268 (5th Cir. 1988).  We AFFIRM.

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.